DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RAYMOND LAVAR WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-3018

_____

February 4, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Hillsborough County; G. Gregory Green, Judge.

PER CURIAM.

    Affirmed.

VILLANTI, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.